People v Marsh (2025 NY Slip Op 05436)

People v Marsh

2025 NY Slip Op 05436

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, NOWAK, AND KEANE, JJ. (Filed Oct. 3, 2025.) 

MOTION NO. (97/25) KA 21-01564.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
DERRICK C. MARSH, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for reargument denied.